Eastern District of Kentucky
**FILED**
DEC 2 0 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:24-CR-86-REW
8 U.S.C. § 1326(a) & (b)(1)

**DAVID GOMEZ-RODRIGUEZ**

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about December 6, 2024, in Pulaski County, in the Eastern District of Kentucky,

**DAVID GOMEZ-RODRIGUEZ**,

an alien, was found in the United States after having been removed therefrom on or about August 19, 2022, subsequent to a felony conviction, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, all in violation of 8 U.S.C. § 1326(a) & (b)(1).

A TRUE BILL

_____
FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Imprisonment for not more than 10 years, not more than a $250,000 fine, supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.